UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA RAZUMOVSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NELNET SERVICING LLC,<br><br>　　　　　Defendant. | Case No. 2:25-cv-02257-DAD-CSK<br><br>ORDER REQUIRING PLAINTIFF TO RE-FILE A SIGNED COMPLAINT<br><br>(ECF No. 1) |

　　　　This action is brought by Plaintiff Alisa Razumovsky.[1] Compl. at 1 (ECF No. 1). However, the Complaint is not personally signed by Plaintiff. Compl. at 5. Federal Rule of Civil Procedure 11(a) requires that if a party is not represented by an attorney, "[e]very pleading, written motion, and other paper must be signed" by the party personally. In addition, the "paper must state the signer's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a); *see also* E.D. Cal. Local Rule 183(b) ("A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address."). Plaintiff is instructed that while she remains unrepresented, she must personally sign every pleading, motion, and other paper she submits to the Court and must include her address, e-mail address, and telephone number on every pleading,

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

motion, and other paper she submits to the Court. Within thirty (30) days from the date of this order, Plaintiff must re-file her entire Complaint with her signature and include her address, e-mail address, and telephone number. *See* Fed. R. Civ. P. 11(a); *see also* E.D. Cal. Local Rule 183(b).

    Accordingly, IT IS HEREBY ORDERED that Plaintiff must re-file her entire Complaint with her signature and include her address, e-mail address, and telephone number within thirty (30) days from the date of this order. If Plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed.

Dated: October 9, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, razu2257.25

2