UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALISA RAZUMOVSKY,

Plaintiff,

v.

NELNET SERVICING, LLC,

Defendant.

Case No. 2:25-cv-02257-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 19)

Plaintiff initiated this civil action by filing a complaint on August 11, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On February 27, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient because the claims as asserted by plaintiff therein cannot be pursued by a private party and that with the dismissal of those claims the court would decline to issue supplemental jurisdiction over plaintiff's state law claims. (Doc. No. 17 at 3–4.) Because the magistrate judge found that plaintiff might be able to state a cognizable private right of action claim under the Fair Credit Reporting Act, plaintiff was directed to file a second amended complaint within thirty (30) days curing the noted pleading deficiencies. (*Id.* at 5–6.) When plaintiff failed to file a second amended complaint within the time provided, on April 13, 2026, the magistrate judge issued an order requiring plaintiff to show cause in writing within

fourteen (14) days, why this action should not be dismissed due to plaintiff's failure to prosecute and comply with the court's orders. (Doc. No. 18.) Although plaintiff was served with the order to show cause, she did not respond to it within the time provided, nor did she otherwise communicate with the court. Accordingly, on May 8, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action and failure to comply with the court's orders. (Doc. No. 19.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 8, 2026 (Dc. No. 19) are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE